IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| GLYNN COUNTY, GEORGIA, by and through the Glynn County Board of Commissioners,<br><br>    Plaintiff,<br><br>    v.<br><br>GL NV24 SHIPPING, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 2:22-cv-28 |

**O R D E R**

This matter is before the Court following the completion of the Phase One Discovery, as set forth in the Court's Scheduling Order.  See Doc. 90.  The parties have asked the Court for guidance on the deadlines that were set forth in the first Scheduling Order, prior to the submission of the various motions to dismiss.  Doc. 35.  To clarify, the deadlines from the first Scheduling Order are no longer applicable—this includes the deadlines for a status report and a status conference.  The parties agreed to conduct limited discovery while the various motions to dismiss were pending.  Doc. 90 at 1.  That limited discovery has been completed, and the motions to dismiss are still pending.  The Court **ORDERS** the parties to submit a new Rule 26(f) report within 14 days of a ruling on the motions to dismiss, if any claims remain pending at that time.

**SO ORDERED**, this 14th day of July, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA