**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| GLYNN COUNTY, GEORGIA, by and through the GLYNN COUNTY BOARD OF COMMISSIONERS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. <u>2:22-cv-00028-LWG-BWC</u> |
| GL NV24 SHIPPING INC., HYUNDAI GLOVIS CO., G-MARINE SERVICE CO., LTD., NORTON LILLY INTERNATIONAL, INC., and T&T SALVAGE LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## <u>STATUS REPORT</u>

The discovery period is <u>not</u> concluded in the above captioned case, the Parties make the following report to the Court.

**I.    DISCOVERY**

    A.  Is all discovery completed in this case?

        ☐ Yes        ☒ No

- If "No", please list what discovery is remaining:
  The Parties are continuing with discovery pursuant to the Court's Amended Scheduling order of April 1, 2024 (D.E. 149).

    B.  Are there any discovery issues which have been or will be brought before the Court for resolution?

        ☐ Yes        ☐ No

- If "Yes", please briefly explain:

  None thus far, however, because discovery remains ongoing, the Parties cannot say that no discovery issue(s) will be brought before the Court for resolution.

II.   **SETTLEMENT**

A.  Have the parties made efforts to resolve this case?

☒ Yes          ☐ No

- If "Yes", please explain those efforts:

  The Parties have scheduled mediation for May 24, 2024.
  In addition, the Parties have been conferring pre-mediation regarding settlement.

B.  Are the parties prepared to discuss settlement of this case with the Court at this time?

☐ Yes          ☒ No

- If "No", please explain:

  The Parties are currently involved in settlement discussions and have a mediation scheduled for May 24.  The Parties thus do not believe that Court involvement is needed at this time.

C.  Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

☐ Yes          ☒ No

- If "Yes", please list those parties:

  Click here to enter text.

D.  The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference.  (*Please provide several dates for the Court's consideration in scheduling.  Regardless of whether the Parties seek to discuss settlement, the Court may require that each party have a representative with full settlement authority present.*)

  A status conference has previously been set in this case for June 24 (Doc. 149).

III.   **MOTIONS**

    A.  The Plaintiff(s) anticipate filing the following Motions:

        ☐  None

        ☐  Motion for Summary Judgment

        ☒  Motion to Exclude Expert Testimony

        ☐  Other Motion(s) (Except for Motions in Limine), please explain:

        Click here to enter text.

    B.  The Defendant(s) anticipate filing the following Motions:

        ☐  None

        ☒  Motion for Summary Judgment

        ☒  Motion to Exclude Expert Testimony

        ☐  Other Motion(s) (Except for Motions in Limine), please explain:

        Click here to enter text.

IV.   **ADDITIONAL MATTERS**

    If there are any other matters regarding this case that the Parties seek to bring to the Court's attention at this time, please briefly explain:

    The Parties have scheduled mediation for May 24, 2024.

Dated:  May 13, 2024

/s/ Brandon J. Taylor
Counsel for Plaintiff Glynn County

/s/ Darren Sumich
Counsel for Plaintiff Glynn County

/s/ David Reisman
Counsel for Defendants GL NV24 Shipping, Inc., Hyundai Glovis Co., and G-Marine Service Co.

/s/ Bradly J. Watkins
Counsel for Plaintiff Glynn County

/s/ Louise R. Caro
Counsel for Plaintiff Glynn County

/s/ Todd Baiad
Counsel for Defendants GL NV24 Shipping, Inc., Hyundai Glovis Co., and G-Marine Service Co.

/s/ Jason Pedigo
Counsel for Defendant Norton Lilly
International, Inc.

/s/ David J. Topping
Counsel for Defendant Norton Lilly
International, Inc.

/s/ Robert P. Vining
Counsel for T & T Salvage, LLC

/s/ Allen Graham
Counsel for Defendant Norton Lilly
International, Inc.

/s/ Colin A. McRae
Counsel for T & T Salvage, LLC