# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| GLYNN COUNTY, GEORGIA, by and through the Glynn County Board of Commissioners,<br><br>　　Plaintiff,<br><br>　　v.<br><br>GL NV24 SHIPPING INC., et al.,<br><br>　　Defendants. | CV 222-028 |

### ORDER

The parties informed the Court via email on May 17, 2024 that they had reached a settlement of the claims in this action. To date, no dismissal has been filed. The parties are **ORDERED** to file either a dismissal or a status report informing the Court of the settlement progress within **fourteen days** of the date of this Order.

**SO ORDERED**, this 18 day of July, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA